**McDERMOTT WILL & EMERY LLP**
Ellie Hourizadeh (SBN 204627)
Elisabeth Malis (SBN 259376)
2049 Century Park East, Suite 3800
Los Angeles, CA  90067
Telephone:  310 277-4110
Facsimile:  310 277-4730
ehourizadeh@mwe.com

JS-6

Attorneys for Defendants,
UNIVISION COMMUNICATIONS INC.
AND
THE UNIVISION NETWORK LIMITED
PARTNERSHIP

**CHASSMAN & SEELIG, LLP**
Mark B. Chassman (SBN 119619)
120 Broadway, Suite 300
Santa Monica, CA 90401
Telephone: (310) 576-2238
Facsimile: (310) 576-2551

**MEISTER SEELIG & FEIN LLP**
Jeffrey P. Weingart
140 East 45th Street, 19th
New York, NY 10017
Telephone: (212) 655-3516
Facsimile: (646) 539-3616

Attorneys for Plaintiff,
DISC MARKETING, LLC d/b/a 5
ALARM MUSIC

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DISC MARKETING, LLC d/b/a 5 ALARM MUSIC,<br><br>        Plaintiff,<br><br>   v.<br><br>UNIVISION COMMUNICATIONS INC. and THE UNIVISION NETWORK LIMITED PARTNERSHIP,<br><br>        Defendants. | CASE NO.  CV 10-6489 JFW (RCx)<br><br>**ORDER ON STIPULATION TO DISMISS CASE** |

1332-040 Doc# 161

## <u>STIPULATED MOTION TO DISMISS WITH PREJUDICE</u>

Plaintiff Disc Marketing, LLC d/b/a 5 Alarm Music ("5 Alarm") and Defendants Univision Communications, Inc. ("UCI") and The Univision Network Limited Partnership ("UNLP", collectively with UCI, "Univision") have settled all claims between them in the above-captioned action (the "Action"), and therefore, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, jointly move this Court to dismiss the Action, and all claims asserted therein by 5 Alarm against Univision, with prejudice.

The parties further move the Court to order that all costs and expenses relating to the Action shall be borne solely by the party incurring same.

Dated:  November 30, 2010

McDERMOTT WILL & EMERY LLP

By: _____

Ellie Hourizadeh

Attorneys for Defendants,
Univision Communications Inc., and
The Univision Network Limited
Partnership

1    Dated:  November 30, 2010            **CHASSMAN & SEELIG, LLP**

2

3                                           By:

4                                           Mark B Chassman

5                                     **Meister Seelig & Fein LLP**
                                    Jeffrey P. Weingart*

6                                     David E. Ross*

7                                     Attorneys for Plaintiff,
                                    Disc Marketing, LLC

8                                     d/b/a 5 Alarm Music

9

10                                     *admitted pro hac vice

11    SO ORDERED:

12

13                              J.

14    JOHN F. WALTER, US District Court

15    Dated: December 8, 2010

16

17

18

19

20

21

22

23

24

25

26

27

28